**Order entered September 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01072-CR

### EXZAYVIA COSBY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-01027-U**

## ORDER

On May 7, 2014, this Court ordered the Dallas County District Clerk to file, within fifteen days, a supplemental clerk's record containing the trial court's written findings regarding the substituted charge and a copy of the substituted charge. When we did not receive the supplemental record by June 2, 2014, we again ordered the Dallas County District Clerk to file a supplemental record containing the trial court's written findings of fact regarding the substituted charge and a copy of the substituted charge. On July 19, 2014, the Dallas County District Clerk filed a letter stating the trial court had not prepared written findings of fact regarding to include in a supplemental clerk's record. The clerk did not file a supplemental clerk's record with the substituted jury charge. Therefore, we sent a letter to the trial court inquiring about the status of

the findings of fact and the substituted charge, but received no response. Appellant has filed a brief in the appeal in which an issued related to the jury charge has been raised.

Accordingly, we **ORDER** the Honorable Jennifer Balido, Presiding Judge of the 291st Judicial District Court, to prepare written findings of fact regarding the substituted jury charge, as described in the record of the April 24, 2014 hearing on the issue, and to file a supplemental clerk's record containing the written findings of fact and the substituted jury charge within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Balido, Presiding Judge, 291st Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

We **ABATE** the appeal to allow the trial court to prepare and file the written findings of fact. The appeal will be reinstated fifteen days from the date of this order, or when the findings and substituted jury charge are received.

/s/    LANA MYERS
        JUSTICE